UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEVEN SEAS INSURANCE COMPANY,
INC.,

    Plaintiff,

vs.                                 CASE NO. 8:07-CIV-420-T-17-EAJ

M/V JOINT FROST, etc., *in rem*, and
SEATRADE GROUP N.V., *in personam*,

    Defendants.
_____

SEATRADE GROUP N.V.,

    Defendant/ Third-Party Plaintiff,

vs.

TAMPA JUICE SERVICE, INC.,

    Third-Party Defendant.
_____/

## ORDER DENYING MOTION TO DISMISS

This cause is before the Court on the third-party defendant's motion to dismiss the third-party complaint (Docket No. 15) and response thereto (Docket No. 14). The Court find the response persuasive and incorporates it by reference herein. Accordingly, it is

**ORDERED** that the third-party defendant's motion to dismiss the third-party complaint (Docket No. 15) be **denied** and the third-party defendant shall answer the complaint

within ten days of this order.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 26th day of September, 2008.

_____
ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to: All parties and counsel of record